# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 4:21-cv-03692-JSW |
| Plaintiff, | |
| vs. | Honorable Jeffrey S. White |
| JOHN DOE subscriber assigned IP address 162.227.165.148, | [~~PROPOSED~~] ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE AS MODIFIED |
| Defendant. | |

THIS CAUSE came before the Court upon Plaintiff's e*x-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for August 20, 2021, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until October 23, 2021 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference scheduled for August 20, 2021 is continued to ~~December 3, 2021~~ **January 7, 2022** at 11:00 a.m.

**DONE AND ORDERED**.

Dated: July 29, 2021          By: /s/ Jeffrey S. White
                                   United States District Judge
                                   Hon. Jeffrey S. White

1

[~~Proposed~~] Order on *Ex-Parte* Application for Extension to Effectuate Service and for Continuance of the Initial Case Management Conference                                    Case No. 4:21-cv-03692-JSW